UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 04,
2013December ~~04~~
~~2013~~

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW LARSEN,

Defendant.

Case No. 2:13-mj-00360-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREW LARSEN,

Case No. 2:13-mj-00360-CKD, from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ ___50,000___

   __X__   Unsecured Appearance Bond $ ___50,000___

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   __X__   (Other): Pretrial services conditions

Issued at Sacramento, California on December 04, 2013 at 3:15 P.M.

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney