BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-360 CKD |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT AS TO ANDREW LARSEN AND [PROPOSED] ORDER |
| v. | DATE: December 24, 2013 |
| ANDREW LARSEN, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Allison Claire |

In light of the death of defendant, Andrew Larsen, the United States, through its attorney, Assistant United States Attorney Olusere Olowoyeye, respectfully moves to dismiss the Complaint, Case No. 2:13-mj-360 CKD as to the defendant Andrew Larsen. Fed. R. Crim. P. 48(a)

Dated: December 24, 2013        BENJAMIN B. WAGNER
                  United States Attorney

               By: /s/ OLUSERE OLOWOYEYE
                  OLUSERE OLOWOYEYE
                  Assistant United States Attorney

//

//

//

//

//

DISMISSAL OF COMPLAINT AS TO ANDREW LARSEN      1

## ORDER

The government's motion to dismiss the Complaint, as to defendant Andrew Larsen, is granted. Fed. R. Crim. P. 48(a). The Complaint filed December 2, 2013, is hereby dismissed without prejudice as to defendant Andrew Larsen.

Dated: December 24, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE